IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRILOGY FEDERAL, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CivitasDX LLC, et al.,<br><br>      Defendants. | Case No. 1:24-cv-02713-BAH |

**[PLAINTIFF'S PROPOSED] SCHEDULING ORDER**

Upon consideration of the Joint Meet and Confer Report and the competing proposed Scheduling Orders submitted by the parties for the management of the case,

IT IS HEREBY ORDERED that the following schedule proposed by Plaintiff, Trilogy Federal, LLC, shall apply to this case:

1. The date by which initial disclosures must be made pursuant to Fed. R. Civ. P. 26(a)(1) is March 13, 2025.

2. Written discovery may commence upon entry of this Scheduling Order; all other discovery may commence after the completion of initial disclosures on March 13, 2025; and fact discovery shall close on October 10, 2025.

3. Expert reports, if any, shall be served by November 10, 2025, and rebuttal expert reports, if any, shall be served by December 10, 2025. Deposition of expert witnesses should be completed by January 16, 2026.

4. All summary judgment motions must be filed within thirty (30) days after the close of all discovery, including expert discovery. Oppositions to summary judgment motions are due thirty (30) days later, and replies in support of summary judgment motions must be filed within fourteen (14) days of the opposition.

5. The pretrial conference shall be scheduled following the resolution of all summary judgment motions filed with the Court.

6. The dates for trial shall be set at the pretrial conference.

IT IS HEREBY ORDERED that this Scheduling Order is approved and adopted by this Court.

SO ORDERED this _____ day of _____, 2025

                                                                           _____
                                                                           The Honorable Beryl A. Howell
                                                                           United States District Court Judge