IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRILOGY FEDERAL, LLC,<br><br>                 Plaintiff,<br><br>     v.<br><br>CivitasDX LLC, et al.,<br><br>                Defendants. | Case No. 1:24-cv-02713-BAH |

**[DEFENDANTS' PROPOSED] SCHEDULING ORDER**

Upon consideration of the Joint Meet and Confer Report and the schedule proposed by the Parties therein for the management of this case,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

1. The date by which initial disclosures must be made pursuant to Fed. R. Civ. P. 26(a)(1) is 14 days after all Defendants have filed their respective answers to the Amended Complaint.

2. Discovery may commence after the completion of initial disclosures; and fact discovery shall close 10 months after the last answer to the amended complaint is filed. Trilogy's Final Disclosure of its Alleged Trade Secrets is due by May 9, 2025.

3. Expert reports, if any, shall be served within thirty (30) days the close of fact discovery, and rebuttal expert reports, if any, shall be served within thirty (30) days after receipt of the expert reports. Deposition of expert witnesses should be completed within thirty (30) days after the last production of expert reports.

4. All summary judgment motions must be filed within thirty (30) days after the close of all discovery, including expert discovery.  Oppositions to summary judgment motions are due

thirty (30) days later, and replies in support of summary judgment motions must be filed within fourteen (14) days of the opposition.

     5.     The pretrial conference shall be scheduled following the resolution of all summary judgment motions filed with the Court.

     6.     The dates for trial shall be set at the pretrial conference.

IT IS HEREBY ORDERED that this Scheduling Order is approved and adopted by this Court.

SO ORDERED this _____ day of _____, 2025

_____
The Honorable Beryl A. Howell
United States District Court Judge